UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| In Re: | Case No. 17-70911 |
| Matthew T Burgener, | Chapter 7 |
| Debtor. | Honorable Mary P. Gorman |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

NOW COMES NRZ Mortgage Holdings LLC ("Movant"), by and through its attorneys, Heavner, Beyers & Mihlar, LLC, and hereby moves this Court for an entry of an order for relief from the automatic stay, pursuant to 11 U.S.C. §362, with respect to certain real property of the Debtor having an address of RR1 Box 27, Moweaqua, Illinois 62550 ("Property"). In further support of this Motion, Movant respectfully states:

1. Debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on June 1, 2017.

2. The Debtor has executed and delivered or is otherwise obligated with respect to a Note in the original principal amount of $69,468.35 ("Note"). Movant is an entity entitled to enforce the Note.

3. Movant is a secured creditor by virtue of a Note secured by a Mortgage on the Property commonly known as RR1 Box 27, Moweaqua, Illinois 62550[1].

4. Said Mortgage was recorded on September 10, 1998, in the Recorder's Office of Shelby County, Illinois, as Document Number 98-3965 ("Mortgage"). All rights and remedies under the Mortgage have been assigned to the Movant. A copy of the Note, Mortgage, and Assignments of Mortgage are attached hereto and made a part hereof as Exhibit "A", Exhibit "B" and Exhibit "C", respectively.

---

[1] Property is now known as 1123 E 2400 North Rd, Moweaqua, IL 62550

5. The Debtor is the owner or occupant of said Property and said Property was included in the Debtor's Bankruptcy Petition.

6. Jeffrey D. Richardson is the Trustee duly appointed by law.

7. As of January 28, 2020, the outstanding amount of the Debtor's obligation under the Note is $50,135.78.

8. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested herein, Movant has also incurred attorneys' fees of $950.00 and costs of $181.00. Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

9. The estimated market value of the property is $56,600.00. The basis for such valuation is the BPO completed on November 6, 2019.

10. Upon information and belief, the aggregate amount of encumbrances on the Property listed in the Schedules or otherwise known, including but not limited to the encumbrances granted to Movant, is $50,135.78.

11. Pursuant to 11 U.S.C. §362(d), cause exists to grant Movant relief from the automatic stay for the following reasons:

A. Movant's interest in the Property is not adequately protected as there is a continuing daily increase in the total amount outstanding and chargeable against said Property for interest and costs due under the Note and Mortgage.

B. The Debtor's obligation under the Note and Mortgage is in default and the Debtor is contractually due for the June 7, 2017 mortgage payment, with a total default, as of January 28, 2020, in the amount of $13,147.63.

12. Pursuant to 11 U.S.C. §362(d)(2)(A), the Debtor has no equity in the Property; and pursuant to §362(d)(2)(B), the Property is not necessary for an effective reorganization. Any perceived equity is of inconsequential value to the estate.

WHEREFORE, Movant prays that this court enter an order terminating or modifying the automatic stay and granting the following:

1. Relief from the Stay allowing Movant, its successors and assignees, to proceed under applicable nonbankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other Chapter of Title 11 of the United States Code.

3. The 14 day stay described by Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived.

4. For such other relief as the court deems proper.

NRZ Mortgage Holdings LLC,

By:     */s/ Amanda J. Wiese*
      Amanda J. Wiese
      One of its attorneys

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. WIESE (#6320552)
SEAN D. JORDAN (#6307449)
PINJU CHIU (#6329542)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754

**This advice pertains to your dealings with our firm as a debt collector. It does not affect your dealings with the court, and in particular it does not change the time at which you must answer the motion. The advice in this notice also does affect our relations with the court. As attorneys, we may file papers in the suit according to the court's rules and the judge's instructions.**

## NOTICE PURSUANT TO THE FAIR DEBT COLLECTION

### PRACTICES ACT

### 15 U.S.C. Section 1601 as Amended

1. The amount of the debt is stated in the motion attached hereto.

2. The movant named in the attached motion is the creditor to whom the debt is owed or is the servicing agent for the creditor to whom the debt is owed.

3. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume the debt is valid.

4. If you notify this office in writing within 30 days after receiving this notice, this office will obtain verification of the debt and mail you a copy of such verification.

5. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

6. Nothing in this notice should be construed as an agreement by the movant to extend or stay any time periods established by law with respect to the litigation, which is the subject of the attached motion.

7. Written requests should be addressed to Heavner, Beyers & Mihlar, LLC, 111 East Main Street, Decatur, IL 62523.

8. Please be advised that this is an attempt to collect a debt. Any information obtained will be used for that purpose.

**PROOF OF SERVICE**

The undersigned certifies that the above instrument was filed electronically with the Court on February 13, 2020, and that she has determined that the following person(s) are registered with the Court for electronic filing, and, therefore, will be sent a copy of the pleading by the Court:

Jay Barr, Debtor's Attorney, barr4bkr@aol.com
Jeffrey D. Richardson, Trustee, jdrdec@aol.com
Andrew S Erickson, Trustee's Attorney, a.erickson@jdrlawoffice.com
Laura Richardson, Trustee's Attorney, lauraerichardson@hotmail.com
Nancy J. Gargula, U.S. Trustee, USTPRegion10.PE.ECF@usdoj.gov

                                                                                      */s/ Amanda J. Wiese*
                                                                                          Amanda J. Wiese

**PROOF OF SERVICE**

I certify on February 13, 2020, at 5:00 p.m., I deposited a copy of the foregoing in a U.S. Post Office Box, Decatur, Illinois, enclosed in an envelope with proper postage pre-paid, addressed to the following in the manner set forth:

Matthew T Burgener
2638 N. 1200 East Road
Moweaqua, IL 62550

                                                                                      */s/ Amanda J. Wiese*
                                                                                         Amanda J. Wiese

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. WIESE (#6320552)
SEAN D. JORDAN (#6307449)
PINJU CHIU (#6329542)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754