ILLINOIS

COUNTY OF SHELBY
LOAN NO 1:
LOAN NO 2:
INVESTOR:
POOL NO:

EXHIBIT C

SHELBY COUNTY, ILLINOIS
NO. 99-4029
FILED Sept 30, 1999
AT 10:00am
Marjorie J. Strohl RECORDER

WHEN RECORDED MAIL TO:

BayView Portfolio Services, LLP
3631 S. Harbor Blvd., Suite 200
Santa Ana, CA  92704-6951

Prepared By Evelia Barba

# Assignment of Mortgage

FOR VALUE RECEIVED, the undersigned as Beneficiary ("ASSIGNOR"), hereby grants, conveys, assigns and transfers to
**GREENPOINT CREDIT CORP.**
**10089 WILLOW CREEK ROAD, SAN DIEGO, CA  92131**
("Assignee") all beneficial interest under that certain mortgage dated     9/9/98     executed by
**MATTHEW BURGENER AND STEPHANIE S. BURGENER**

Mortgagor, to

**BANKAMERICA HOUSING SERVICES, A DIVISION OF BANK OF AMERICA, FSB**
**2980 BAKER DRIVE, SPRINGFIELD, IL**

Mortgagee, and

recorded as   Document No.     98-3965     on     9/10/98     in Book
Page            , of Official Records in the office of the County Recorder of     SHELBY
County, Illinois    , covering the following described property:
**See attached Exhibit A**

Together with the note or notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said deed of trust.

Dated: 9/30/98

BANKAMERICA HOUSING SERVICES, A DIVISION OF BANK OF AMERICA, FSB

555 CALIFORNIA STREET, SAN FRANCISCO, CA 94104

By _____
NANCI EGGERT
VICE PRESIDENT

STATE OF CALIFORNIA )
) SS
COUNTY OF ORANGE )

On 8/19/99, before me, ELIZABETH GARCIA personally appeared NANCI EGGERT, VICE PRESIDENT,

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal

NOTARY PUBLIC   ELIZABETH GARCIA
My commission expires   8/30/02

ELIZABETH GARCIA
COMM. #1194924
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
My Comm. Expires Aug. 30, 2002

Prepared By: Evelia Barba, BayView PS
3631 S. Harbor Blvd., Suite 200, Santa Ana, CA 92704

## EXHIBIT A - LEGAL DESCRIPTION

THAT PART OF THE SOUTHWEST 1/4, OF THE SOUTHWEST 1/4, OF SECTION 13, TOWNSHIP 13 NORTH, RANGE 2 EAST OF THE THIRD PRINCIPAL MERIDIAN, SHELBY COUNTY, ILLINOIS, DESCRIBED AS FOLLOWS: BEGINNING AT THE SOUTHEAST CORNER OF THE SOUTHWEST 1/4, OF THE SOUTHWEST 1/4, OF SAID SECTION 13; THENCE NORTH 257.00 FEET ALONG THE EAST LINE OF THE SOUTHWEST 1/4, OF THE SOUTHWEST 1/4 OF SAID SECTION 13 TO A POINT ON THE CENTER OF AN EXISTING DITCH LINE; THENCE SOUTHWESTERLY ALONG THE CENTER OF SAID DITCH LINE TO A POINT ON THE SOUTH LINE OF THE SOUTHWEST 1/4, OF SAID SECTION 13, THENCE EAST 287.40 FEET ALONG SAID SOUTH LINE TO THE POINT OF BEGINNING, AS PER SURVEY BY ROBERT L. COX, ILLINOIS PROFESSIONAL LAND SURVEYOR NO. 2442, DATED FEBRUARY 10, 1997. SITUATED IN SHELBY COUNTY, ILLINOIS. PIN 06-03-13-00-300-001

When Recorded Return To:
Ditech Financial LLC
C/O Nationwide Title Clearing, Inc.
2100 Alt. 19 North
Palm Harbor, FL 34683

2017R02792
JESSICA FOX
SHELBY COUNTY CLERK RECORDER
SHELBY COUNTY, IL
RECORDED ON
09/22/2017 09:18:23AM

REC FEE: $47.00
RHSP FEE: $9.00
PAGES: 2

## ASSIGNMENT OF MORTGAGE

Regarding this instrument, contact Ditech Financial LLC, 2100 E. Elliot Rd., Tempe, AZ 85284 telephone # 800-643-0202, which is responsible for receiving payments.

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **GREENPOINT CREDIT LLC F/K/A GREENPOINT CREDIT CORP., WHOSE ADDRESS IS C/O 2100 E. ELLIOT RD., TEMPE, AZ 85284, (ASSIGNOR),** by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to **THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A, AS TRUSTEE FOR GREENPOINT MANUFACTURED HOUSING CONTRACT TRUST, PASS-THROUGH CERTIFICATE, SERIES 1999-2, WHOSE ADDRESS IS C/O 2100 E. ELLIOT RD., T314, TEMPE, AZ 85284, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Mortgage is dated 09/09/1998, and made by **MATTHEW BURGENER AND STEPHANIE S. BURGENER** to **BANKAMERICA HOUSING SERVICES, A DIVISION OF BANK OF AMERICA, FSB** and recorded 09/10/1998 in the records of the Recorder or Registrar of Titles of **SHELBY** County, **Illinois**, in **Document # 98-3965**.

Upon the property situated in said State and County as more fully described in said Mortgage or herein to wit:
  SEE ATTACHED EXHIBIT A

Property is commonly known as: RR#1 BOX 27, MOWEAQUA, IL 62550.

Dated this 21st day of September in the year 2017
**GREENPOINT CREDIT LLC F/K/A GREENPOINT CREDIT CORP., by DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC, its Attorney-in-Fact**

_[signature]_
**KRISTIN PRICE**
**VICE PRESIDENT**

All persons whose signatures appear above are employed by NTC, have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA    COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me on this 21st day of September in the year 2017, by Kristin Price as VICE PRESIDENT of DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC as Attorney-in-Fact for GREENPOINT CREDIT LLC F/K/A GREENPOINT CREDIT CORP., who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_[signature]_
**CYNTHIA ALBANO**
COMM EXPIRES: 08/01/2020

CYNTHIA ALBANO
Notary Public - State of Florida
My Comm. Expires August 1, 2020
Commission # GG001222

Document Prepared By: E.Lance/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152
GTSAV█████████  DEFREQ   DOCR T191709-11:11:10 [C-2]  EFRMIL1

# Exhibit A

That part of the Southwest ¼, of the Southwest ¼, of Section 13, Township 13 North, Range 2 East of the Third Principal Meridian, Shelby County, Illinois, described as follows: Beginning at the Southeast corner of the Southwest ¼, of the Southwest ¼, of said Section 13; thence North 257.00 feet along the East line of the Southwest ¼, of the Southwest ¼, of said Section 13 to a point on the center of an existing ditch line; thence Southwesterly along the center of said ditch line to a point on the South line of the Southwest ¼, of said Section 13; thence East 287.40 feet along said South line to the point of beginning, as per Survey by Robert L. Cox, Illinois Professional Land Surveyor No. 2442, dated February 10, 1997. Situated in Shelby County, Illinois. PIN 06-03-13-00-300-001

DC 09:02 07/22/2019

2019R01436
JESSICA FOX
SHELBY COUNTY CLERK RECORDER
SHELBY COUNTY, IL
RECORDED ON
06/27/2019    10:50 AM
RECORDING FEE    59.00
RHSP FEE    9.00

Prepared by and Return To:
**James Mills**
Ditech Financial LLC
**TMP BK BD**
2100 E. Elliot Road
Mail Stop T330
Tempe, AZ 85284
(888) 315-8733

## ASSIGNMENT OF MORTGAGE
### Illinois

Account:

PIN #:    **06-03-13-00-300-001**

For value received, the undersigned holder of a Mortgage (herein "Assignor") whose address is **c/o 2100 E. Elliot Rd., Tempe, AZ 85284**, does hereby grant, sell, assign, transfer and convey, unto **NRZ Mortgage Holdings LLC** (herein "Assignee"), whose address is **c/o 2100 E. Elliot Rd., T-314, Tempe, AZ 85284**, all beneficial interest under a certain Mortgage described below, and obligations therein described, the money due and to become due thereon with interest, and all rights accrued or to accrue under such Mortgage.

| | |
|---|---|
| **Deed of Trust Date:** | September 9, 1998 |
| **Deed of Trust Executed By:** | Matthew Burgener and Stephanie S. Burgener |
| **Original Principal Sum:** | $69,468.35 |
| **Recorded Date:** | September 10, 1998 |
| **Book/Volume/Liber:** | NA |
| **Page/Folio:** | NA |
| **Instrument/Document Number:** | Inst #: 98-3965 |
| **Property Street Address:** | RR1 Box 27 |
| | Moweaqua, IL 62550 |
| **County:** | Shelby |

**TO HAVE AND TO HOLD** the same unto Assignee, its successor and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

**IN WITNESS WHEREOF**, the undersigned has executed this Assignment on _JUNE 18, 2019_.

Assignment of Mortgage
Page | 1

DC 09:02 07/22/2019

The Bank of New York Mellon Trust Company N.A. as Trustee for GreenPoint Manufactured Housing Contract Trust, Pass-Through Certificates, Series 1999-2

BY: _____
Name: _Brendan McCarthy_
Title: _Vice President_

Witness: _PHILIP SPAGNOLA_

Witness: _Hadassah Yee_

State of _PENNSYLVANIA_

County of _ALLEGHENY_

On _June 18, 2019_, before me, the undersigned, personally appeared _Brendan McCarthy_, _Vice President_ for _BNY Mellon_, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument and that such individual made such appearance before the undersigned in the City of _Pittsburgh_, State of _Pennsylvania_.

Notary Public _Shelley A Jakell_
My commission expires 5/11/2022

Commonwealth of Pennsylvania - Notary Seal
SHELLEY A JAKELL - Notary Public
Allegheny County
My Commission Expires May 11, 2022
Commission Number 1328575

I hereby certify that the address of the within named assignee is:
c/o 2100 E. Elliot Rd., T-314, Tempe, AZ 85284

Account: ▮▮▮▮

## EXHIBIT "A"

That part of the Southwest ¼, of the Southwest ¼, of Section 13, Township 13 North, Range 2 East of the Third Principal Meridian, Shelby County, Illinois, described as follows: Beginning at the Southeast corner of the Southwest ¼, of the Southwest ¼, of said Section 13; thence North 257.00 feet along the East line of the Southwest ¼, of the Southwest ¼, of said Section 13 to a point on the center of an existing ditch line; thence Southwesterly along the center of said ditch line to a point on the South line of the Southwest ¼, of said Section 13; thence East 287.40 feet along said South line to the point of beginning, as per Survey by Robert L. Cox, Illinois Professional Land Surveyor No. 2442, dated February 10, 1997. Situated in Shelby County, Illinois. PIN 06-03-13-00-300-001

INCLUDING the following Manufactured Home:
SCHULT HOMES CORP.          (make) ROBYNWOOD          (model)          28X60 (size)
1997   (year)   M277670A/B                                                                     (serial number(s))

Account: ███████