**IT IS SO ORDERED.**

**SIGNED THIS: March 3, 2020**

_____
**Mary P. Gorman
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| In Re: | Case No. 17-70911 |
| Matthew T Burgener, | Chapter 7 |
| Debtor. | Honorable Mary P. Gorman |

### ORDER

THIS CAUSE coming on to be heard on the Motion for Relief from Automatic Stay filed by NRZ Mortgage Holdings LLC, and this Court having found that no objections were filed;

IT IS HEREBY ORDERED that the Automatic Stay against Movant be and the same is modified pursuant to Section 362(d) of the United States Bankruptcy Code and Movant, its successors and assignees, shall have the right to proceed with any and all proceedings in connection with the Property commonly known as RR1 Box 27, Moweaqua, Illinois 62550 ("Property").

IT IS FURTHER ORDERED AND DECREED

NRZ Mortgage Holdings LLC, its successors and assignees, may proceed with the foreclosing of the above-described Property.

IT IS FURTHER ORDERED that the 14-day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is hereby waived.

###